| AO-10 Rev. 1/2004 | | |

**FINANCIAL DISCLOSURE REPORT**

Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Vining, Jr., Robert L | U.S. District Court, NDGA | 5/18/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III - Senior Status | 5. ReportType (check appropriate type)<br><br>◉ Nomination.    Date<br><br>◉ Initial    (◉) Annual    (◉) Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
|---|---|---|

| 7. Chambers or Office Address<br><br>P.O. Box 6226<br>Rome, GA 30162 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.     (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE**   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS.     (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
MAY 24 10 24 AM '04
FINANCIAL
DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

|  | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. |  |  |  |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

|  | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. |  |  |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

|  | SOURCE | DESCRIPTION |
|---|---|---|
| 1. |  |  |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Dalton-Whitfield Bank Dalton, GA (Name changed from Premier National Bank of Dalton) | Promissory Note | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Vining, Jr., Robert L | 5/18/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Coca Cola Co. | B | Dividend | L | T | | | | | |
| 2. Royal Bank of Scotland | A | Dividend | K | T | redemption | 1/30 | K | A | |
| 3. Income Fund of America | C | Dividend | L | T | sold | 5/2 | L | A | |
| 4. Ark. Power & Light Co. | C | Interest | K | T | | | | | |
| 5. First Union Bank Dalton, GA | A | Interest | J | T | merged | | | | |
| 6. Cohutta Banking Co. Chatsworth, GA | A | Interest | K | T | | | | | |
| 7. Nuveen Tax-Exempt Trust | A | Interest | J | T | | | | | |
| 8. Tennesse Valley Authority Power Bonds 1998 Ser D | B | Interest | K | T | | | | | |
| 9. General Electric Co. | A | Dividend | J | T | | | | | |
| 10. Putnam Research Fund C1-A | A | Dividend | K | T | | | | | |
| 11. Putnam Research Fund C1-A | A | Dividend | J | T | merge | 2/06 | J | A | |
| 12. First Energy Growth Trust #4 1st Trust Series 259 | A | Dividend | K | T | redemption | 7/17 | K | B | |
| 13. A.G. Edwards & Sons, Inc. Money Fund | A | Interest | K | T | | | | | |
| 14. Rental Property #1 Chatsworth, GA (2002, 79,000) | D | Rent | L | S | | | | | |
| 15. Rental Property #2 Chatsworth, GA (2002, 79,500) | D | Rent | L | S | | | | | |
| 16. First Bank of Dalton Dalton, GA | B | Interest | K | T | | | | | |
| 17. Duke Energy | A | Dividend | J | T | | | | | |
| 18. Daimler-Chrysler North Amer Hldg Corp. | B | Dividend | K | T | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000

2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
     P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000

3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Vining, Jr., Robert L | 5/18/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. General Electric | A | Dividend | J | T | | | | | |
| 20. Xerox Corporation | A | Dividend | J | T | sold | 8/7 | J | D | |
| 21. Wachovia Bank N.A. | A | Interest | L | T | | | | | |
| 22. Chevron Texaco | A | Dividend | J | T | | | | | |
| 23. GMAC Public Income Notes (Pines) | B | Interest | K | T | | | | | |
| 24. Eaton Vance Insured Municipal Bond Fund | A | Interest | K | T | buy | 9/19 | K | | |
| 25. Bank of America Corp. | A | Dividend | K | T | buy | 9/19 | K | | |
| 26. Bank of America Corp. 5-15-23 Internotes | B | Interest | L | T | buy | 5/05 | L | | |
| 27. Citigroup Capital 1 x 6% Trust Preferred Secs (Trups) | B | Interest | K | T | buy | 2/05 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Vining, Jr., Robert L | 5/18/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                    Date _MAY 18, 2004_

NOTE: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544